142

The Frederick Bldg. Co., Appellant, v. Board of Revision of Cuyahoga County et al., Appellees.
Fox et al., Appellants, v. Board of Revision of Cuyahoga County et al., Appellees.

[Cite as Frederick Bldg. Co. v. Bd. of Revision, 7 Ohio St. 2d 142.]

(Nos. 40273 and 40274—Decided July 27, 1966.)

*Messrs. Forrester & Kovanda* and *Mr. John E. Forrester,* for appellants.

*Mr. John T. Corrigan,* prosecuting attorney, *Mr. A. M. Braun* and *Mr. Thomas P. Cyrus,* for appellees.

*Per Curiam.* The decisions of the Board of Tax Appeals are reversed, and the causes are remanded for further consideration in light of *Goldberg* v. *Board of Revision of Cuyahoga County, supra.*

*Decisions reversed.*

Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert and Brown, JJ., concur.

Schneider, J., dissents.